UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT A. GIBBS, | No. 2:18-cv-2262-MCE-EFB P |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF SHASTA, et al., | |
| Defendants. | |

Plaintiff is a county jail inmate proceeding without counsel in an action brought under 42 U.S.C. § 1983. On November 16, 2018, the court issued findings and recommendations, which recommended dismissal of this action after plaintiff failed to pay the filing fee required by 28 U.S.C. § 1914(a) or request leave to proceed in forma pauperis and submit the affidavit and trust account statement required by 28 U.S.C. § 1915(a). ECF No. 8. Thereafter, plaintiff filed objections to the finding and recommendations, stating that he had "received no cooperation from Shasta County Jail" and requesting an extension of time. ECF No. 9. Accordingly, in an abundance of caution, the court will grant plaintiff an extension of time to file an application for leave to proceed in forma pauperis.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff has 30 days from the date of this order to file an application for leave to proceed in forma pauperis. If plaintiff is unable to comply with this order, he must submit to the court a copy of his request for a copy of his certified trust account

statement along with any responses received from jail officials.  Should plaintiff fail to timely comply, the findings and recommendations will be submitted to the district judge for consideration.

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

DATED:  November 29, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2